## STATE

v.

## Joseph A. CARON.

### No. 79–225–C.A.

Supreme Court of Rhode Island.

Sept. 25, 1980.

Dennis J. Roberts II, Atty. Gen., Stephen Lichatin III, Sp. Asst. Atty. Gen., for plaintiff.

Lawrence L. Goldberg, Pawtucket, for defendant.

### ORDER

The state's motion for permission to file a supplemental brief as prayed is granted.

BEVILACQUA, C. J., and DORIS, J., did not participate.

## F. Stephen SERZAN et al.

v.

## ZONING BOARD OF REVIEW OF CITY OF NEWPORT.

### No. 80–385–Appeal.

Supreme Court of Rhode Island.

Dec. 11, 1980.

Ralph J. Gonnella, Ltd., Providence, for plaintiff.

James S. O'Brien, Newport, for defendant.

### ORDER

This case came before us on December 3, 1980 on the plaintiffs' motion to dismiss defendant's appeal. Upon consideration of the arguments presented that the method of review sought by defendant board is inappropriate and in view of our decision in *A. T. & G., Inc. v. Zoning Board of Review*, 113 R.I. 458, 322 A.2d 294 (1974), we conclude that said motion has merit.

Therefore, the plaintiffs' motion to dismiss this appeal is hereby granted.

## Charles CAMARDO

v.

## John MORAN and the Superior Court of the State of Rhode Island.

### No. 80–581–M.P.

Supreme Court of Rhode Island.

Jan. 5, 1981.

John F. Cicilline, Providence, for petitioner.

Dennis J. Roberts II, Atty. Gen., Alyssa L. Talanker, Sp. Asst. Atty. Gen., for respondents.

### ORDER

The petition for writ of habeas corpus is denied for lack of adequate supporting material.